## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVARD HOUSE** | § | |
| **CONDOMINIUM** | § | |
| **ASSOCIATION, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:16-cv-02699** |
| | § | (HON. DAVID HITTNER) |
| **PHILADELPHIA INDEMNITY** | § | |
| **INSURANCE COMPANY,** | § | |
| **ENGLE MARTIN & ASSOCIATES** | § | |
| **and DENNIS McQUADE**, | § | |
| | § | |
| *Defendants.* | § | |

## AGREED JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Harvard House Condominium Association, Inc. ("Plaintiff") and Defendants Philadelphia Indemnity Insurance Company, Engle Martin & Company and Dennis McQuade ("Defendants"), jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendants in this case, as such parties have agreed upon the settlement and compromise of all claims Plaintiff made against Defendants. Each party has agreed to bear its own attorneys' fees and costs.

Dated:  July 18, 2017

Respectfully submitted,

_/s/ Andrew A. Woellner_
Andrew A. Woellner
Texas Bar No. 24060850
E-mail:  awoellner@potts-law.com
THE POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone:  713-963-8881
Facsimile:  713-583-5388

**ATTORNEY IN CHARGE FOR PLAINTIFF HARVARD HOUSE CONDOMINIUM ASSOCIATION, INC.**


_/s/ William R. Pilat_
William R. Pilat
Texas Bar No. 00788205
Admitted in Northern District of Texas
Email:  wpilat@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas  77056
Telephone:  713-425-7400
Facsimile:   713-425-7700

**ATTORNEY IN CHARGE FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, a true and correct copy of the foregoing _Agreed Joint Stipulation of Dismissal with Prejudice_ was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system for the United States District Court for the Southern District of Texas:

William R. Pilat
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056

_/s/ Andrew A. Woellner_
Andrew A. Woellner

---