United States District Court
Southern District of Texas

**ENTERED**

July 26, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVARD HOUSE** | § | |
| **CONDOMINIUM** | § | |
| **ASSOCIATION, INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:16-cv-02699** |
| | § | |
| **PHILADELPHIA INDEMNITY** | § | |
| **INSURANCE COMPANY,** | § | |
| **ENGLE MARTIN & ASSOCIATES** | § | |
| **and DENNIS McQUADE** | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (ECF #23) filed in this case by the Plaintiff, Plaintiff Harvard House Condominium Association, Inc. ("Plaintiff"), and the Defendants, Philadelphia Indemnity Insurance Company, Engle Martin & Company and Dennis McQuade ("Defendants"), the Court is of the opinion that this case should be dismissed with prejudice. It is, therefore,

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendants in this case are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

Signed this **26** day of **July**, 2017.

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**